HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RAY URIBE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>RAY URIBE,<br><br>             Defendant. | Case No.  1:22-cr-00142-ADA-BAM<br>                1:17-cr-00240-ADA-BAM<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE;<br>ORDER<br><br>Date:   September 27, 2023<br>Time:  2:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Laurel Montoya, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for defendant Ray Uribe, that the status conference scheduled for August 9, 2023 may be continued to September 27, 2023.

     This continuance is requested to allow time for additional defense investigation, and to provide time to engage in further efforts to reach a negotiated settlement of these matters.

     The parties agree that all time through the proposed September 27, 2023 status conference shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the delay results from a continuance granted by the Court at the parties' request

on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  August 2, 2023   /s/ *Laurel Montoya*
LAUREL MONTOYA
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED:  August 2, 2023   /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
RAY URIBE

## ORDER

IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **September 27, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **August 3, 2023**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE