1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIC V. KERSTEN, #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   RAY URIBE
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.  1:22-cr-00142-NODJ-BAM
                                                     1:17-cr-00240-NODJ-BAM
12                     Plaintiff,
                                           STIPULATION TO CONTINUE
13          v.                             SENTENCING; ORDER

14  RAY URIBE,                             Date:   March 22, 2024
                                           Time: 8:30 a.m.
15                     Defendant.          Judge: TBD

16

17

18       **IT IS HEREBY STIPULATED** by and between the parties, through their respective

19  counsel, Laurel Montoya, Assistant United States Attorney, counsel for plaintiff, and Eric V.

20  Kersten, Assistant Federal Defender, counsel for defendant Ray Uribe, that the sentencing

21  hearing scheduled for March 4, 2024 may be continued to March 22, 2024.

22       The new offense in Case No. 1:22-cr-00142-NODJ and the supervised release violation

23  in Case No. 1:17-cr-00240-NODJ are based on the same conduct and set for sentencing tat the

24  same time. This continuance is requested based on a scheduling conflict. Defense counsel has

25  federal court appearances scheduled for both Fresno and Sacramento the morning of March 4,

26  2024. This continuance is requested to accommodate the schedule of defense counsel and allow

27  him to personally appear for both matters.

28       //

1    The parties agree that all time through the proposed March 22, 2024 sentencing hearing

2    shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3    3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and

4    continuity of counsel and the delay results from a continuance granted by the Court at the

5    parties' request on the basis of the Court's finding that the ends of justice served by taking such

6    action outweigh the best interest of the public and the defendant in a speedy trial.

7

8                                          Respectfully submitted,

9                                          PHILLIP A. TALBERT
                                           United States Attorney
10

11   DATED:  February 27, 2024            /s/ Laurel Montoya
                                           LAUREL MONTOYA
12                                         Special Assistant United States Attorney
                                           Attorney for Plaintiff
13

14                                         HEATHER E. WILLIAMS
                                           Federal Defender
15

16   DATED:  February 27, 2024            /s/ Eric V. Kersten
                                           ERIC V. KERSTEN
17                                         Assistant Federal Defender
                                           Attorney for Defendant
18                                         RAY URIBE

19

20                              **<u>ORDER</u>**

21        IT IS SO ORDERED that the sentencing hearing is continued from March 4, 2024, to

22   **March 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

23

24   IT IS SO ORDERED.

25     Dated:   **February 27, 2024**          /s/ Barbara A. McAuliffe

26                                          UNITED STATES MAGISTRATE JUDGE

27

28